IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARSHALL COLLINS, III,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF MENTAL HEALTH,

    Defendant.

No. C 07-0668 WHA (PR)

**ORDER OF DISMISSAL**

On October 9, 2007, the court dismissed plaintiff's civil rights complaint because the only named defendant cannot be sued in federal court. Plaintiff was granted thirty days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\COLLINS0668.dsm.wpd